**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00685-CV

### JUAN F. QUINTANILLA, Appellant

### V.

### BAXTER PAINTING, INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13607**

## ORDER

We **REINSTATE** this appeal which we abated July 9, 2014 to allow the trial court to conduct such proceedings as necessary on appellant's formal bill of exception. *See* TEX. R. APP. P. 33.2(c). On September 4, 2014, appellant informed us that the trial court had held a hearing on his bill and he was in the process of making payment arrangements for the reporter's record. To date, however, the record has not been filed. Accordingly, on our own motion, we **ORDER** Diane Robert, Official Court Reporter of the 14th Judicial District Court, to file, no later than October 1, 2014, either the reporter's record of the hearing on appellant's formal bill of exception or written verification appellant has not paid or made arrangements to pay for the record. If notified no payment or payment arrangements have been made, and appellant does not

show he is entitled to proceed without payment of costs, the appeal will be submitted without the record of that hearing. *See id.* 37.3(c).

We **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than October 1, 2014, a supplemental clerk's record containing the formal bill of exception. *See id.* 33.2(f). Appellant shall file his brief on the merits by November 3, 2014.

/s/    CRAIG STODDART
        JUSTICE